Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY WHITE, ) | Case No. **CV 06-5149-JFW** |
| ) | **[CR04-1325(A)-JFW]** |
| Petitioner, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to this Court's August 21, 2008 Order denying Petitioner Barry White's motion to vacate, set aside, or correct sentence by a person in federal custody, pursuant to 28 U.S.C. §2255,

IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that the above-captioned action is dismissed with prejudice.

Dated:   August 21, 2008                 _____
                                          JOHN F. WALTER
                                          UNITED STATES DISTRICT JUDGE

(Rev. 7/6/04)