Closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | Case No. **CV 06-5149-JFW** |
| | ) | **[CR 04-1325(A)-JFW]** |
| Plaintiff, | ) | |
| | ) | **ORDER DENYING PETITIONER'S** |
| v. | ) | **MOTION TO SET ASIDE VOID** |
| | ) | **JUDGMENT IN PETITION TO VACATE** |
| Barry White, | ) | **CONVICTION RESULTING FROM NEW** |
| | ) | **U.S. SUPREME COURT PRECEDENTS** |
| Defendant. | ) | |

Petitioner Barry White's Motion to Set Aside Void Judgment in Petition to Vacate Conviction Resulting from New U.S. Supreme Court Precedents ("Motion") was decided without hearing on September 25, 2008. Having reviewed the papers filed in connection with this matter and being fully apprised of the relevant facts and law,

IT IS HEREBY ORDERED that Petitioner Barry White's Motion be DENIED.

IT IS SO ORDERED

Dated:   September 25, 2008            _____
                                       JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE